IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| JOE L. STRONG, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 5:08CV00066 SWW |
| | * | |
| PINE BLUFF POLICE DEPARTMENT; | * | |
| OFFICERS WEIGAN, VICHES, AND | * | |
| BELDIDERE, | * | |
| | * | |
| Defendants. | * | |

## Judgment

Pursuant to the Memorandum and Order entered in this matter on this date, this action is dismissed with prejudice.

DATED this 22nd day of August 2008.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE